**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 18-1962**

———

BEATRICE DOWNS,

Plaintiff - Appellant,

v.

TERRY MCAULIFFE, Governor of Virginia,

Defendant - Appellee.

———

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:17-cv-00760-REP)

———

Submitted:  February 19, 2019                    Decided:  February 26, 2019

———

Before MOTZ and DUNCAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———

Affirmed by unpublished per curiam opinion.

———

Beatrice Downs, Appellant Pro Se.  Alexander Kenneth Page, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beatrice Downs appeals the district court's order dismissing her civil complaint for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Downs v. McAuliffe*, No. 3:17-cv-00760-REP (E.D. Va. July 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*